# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2021

## NO. 03-20-00101-CV

**1 Fox 2 Productions, LLC, and Jacqueline Harrington, Appellants**

**v.**

**Mercedes-Benz USA, LLC d/b/a Mercedes Benz of Austin and
Mercedes-Benz Financial Services USA, LLC, Daimler Truck, Appellees**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on January 6, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant Jacqueline Harrington is indigent and unable to pay costs, no adjudication of costs is made.